## UNITED STATES v. LOUISIANA ET AL. (LOUISIANA BOUNDARY CASE)

No. 9, Orig. Decided March 17, 1975, and April 28, 1980—Decree entered March 17, 1975—Supplemental decree entered June 16, 1975— Final decree entered June 22, 1981

The Supplemental Report of the Special Master is received and ordered filed.

### FINAL DECREE

On April 28, 1980, this Court resolved all remaining issues between the United States and the State of Louisiana and returned the case to the Special Master for a "determination of the final amount due and owing, and the method of payment." 446 U. S. 253, 272–273. The parties have agreed upon these matters, have submitted to the Special Master a proposed final decree, and the Special Master, with the concurrence of both parties, has recommended its entry by the Court.

Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED:

1. As against the Defendant State of Louisiana and all persons claiming under it, the United States has exclusive rights to explore the area of the Continental Shelf lying seaward of the line described in Exhibit A hereof, and to exploit the natural resources of said area; the State of Louisiana is not entitled to any interest in such lands, minerals, and resources, except as may be provided by 43 U. S. C. § 1337 (g), and said State, its privies, assigns, lessees, and other persons claiming under it are hereby enjoined from interfering with

the rights of the United States in such lands, minerals and resources.

2. As against the plaintiff United States and all persons claiming under it, the State of Louisiana has exclusive rights to explore the area lying shoreward of the line described in Exhibit A hereof, and to exploit the natural resources of said area, with the exceptions provided by Section 5 of the Submerged Lands Act, 67 Stat. 32, 43 U. S. C. § 1313; the United States is not entitled to any interest in such lands, minerals, and resources and said United States, its privies, assigns, lessees and other persons claiming under it are hereby enjoined from interfering with the rights of the State of Louisiana in such lands, minerals and resources.

3. The line described in Exhibit A hereof is a line three geographic miles seaward of the coastline described in Exhibit A to the Decree of June 16, 1975 (422 U. S. 13, 19–32). Except as otherwise provided for limited past periods by paragraph 10 and Exhibit B of the said Decree of June 16, 1975, these two lines shall supersede all prior descriptions and be deemed to define the coastline and its three-mile projection for all periods present and past. Moreover, until and unless superseded by a subsequent final decree of this Court or agreement of the parties, the line described in Exhibit A hereof shall remain in effect for all purposes relevant to the Submerged Lands Act, 43 U. S. C. §§ 1301–1315, including exploitation of mineral resources; and, with respect to any period during which this line remains in effect, neither party shall ever be held to account to the other for or reimburse the other for any revenues derived from or attributable to sales, leases, licenses or exploitation of lands, minerals or resources adjudicated to that party by paragraph 1 or paragraph 2 hereof.

4. All prior accountings, claims and objections affecting the liability of one party to the other with respect to revenues derived from exploitation of offshore submerged lands and resources before June 16, 1975, and not impounded pursuant

to the Interim Agreement of October 12, 1956, have been resolved. However, notwithstanding anything to the contrary in any previous decree of this Court or in the Interim Agreement of October 12, 1956, this net balance shall not be payable until the accountings provided for in paragraphs 5 and 6 hereof shall have been filed and settled, and the said net balance shall be subject to offset against the liability resulting from those accountings.

5. Not later than December 1, 1981, the State of Louisiana shall render to the United States and file with the Court a true, full and accurate account of all revenues, other than severance taxes, pipeline rentals, and administrative charges, derived from or attributable to the exploitation of lands, minerals or resources within the area described in paragraph 1 hereof since June 16, 1975. Where such revenues are derived from leases embracing areas on both sides of the line described in Exhibit A hereof, they shall be apportioned as follows: as to bonuses and rentals, on the basis of relative acreage; as to royalties, on the basis of the location of the well completion point, except when an outstanding agreement between the parties specifies a different basis of allocation which, in that event, shall govern.

6. Not later than December 1, 1981, the United States shall render to the State of Louisiana and file with the Court a true, full and accurate accounting of all revenues, other than pipeline rentals and administrative charges, which remain impounded pursuant to the Interim Agreement of October 12, 1956, and which are derived from or attributable to the exploitation of lands, minerals or resources within the area described in paragraph 2 hereof or, for the limited periods there specified, areas landward of the lines described in Exhibit B hereof. The allocation of revenues from leases embracing areas on both sides of the line described in Exhibit A hereof or, for the relevant periods, Exhibit B hereof, shall be on the same basis as set forth in paragraph 5 hereof.

7. Any objections to the accounting required by paragraphs

5 and 6 hereof shall be filed with the Court and served on the other party not later than January 1, 1982. Immediately after January 1, 1982, any undisputed net balance resulting from the unchallenged portions of the accountings required by paragraphs 5 and 6 hereof and the liability specified in paragraph 4 hereof, shall be paid by the party whose net liability is greater to the other party, notwithstanding any outstanding objections as to other portions of the accountings and notwithstanding any provisions barring offsets in prior decrees or the Interim Agreement of October 12, 1956. Any remaining net balance shall be paid promptly after objections are resolved.

8. Nothing in this decree shall affect the rights or obligations of either party with respect to its lessees or other third parties, whether arising from the Interim Agreement of October 12, 1956, or otherwise. Nor shall anything in this decree affect any rights or obligations arising under present or future unitization, operating, enhanced recovery, commingling, or other similar agreements between the parties or with others.

9. Nothing in this decree or in the proceedings leading to it shall prejudice any rights, claims, or defenses of the State of Louisiana as to its maritime lateral boundaries with any other state, which boundaries are not at issue in this litigation, nor shall the United States in any way be prejudiced hereby as to such matters.

10. The Court retains jurisdiction to entertain such further proceedings, enter such orders and issue such writs as may from time to time be deemed necessary or advisable to resolve any disputes that may arise over the accountings provided for in this decree, and to give proper force and effect to its previous orders or decrees herein or to this decree. In all other respects, this is a final decree; and the Interim Agreement of October 12, 1956, is terminated for all purposes as of 5 p.m. on the first day of January, 1982, or the date on which any objections to accountings are finally resolved.

## EXHIBIT A

| | X | Y |
|---|---|---|
| BEGINNING AT ........................... | 2769357 | 575650 |
| BY STRAIGHT LINE TO.................... | 2790258 | 526390 |
| BY ARC CENTERED AT.................... | 2779032 | 512013 |
| TO ........................................ | 2791385 | 525434 |
| BY STRAIGHT LINE TO.................... | 2793119 | 523838 |
| BY ARC CENTERED AT.................... | 2780766 | 510417 |
| TO ........................................ | 2794594 | 522313 |
| BY STRAIGHT LINE TO.................... | 2795887 | 520810 |
| BY ARC CENTERED AT.................... | 2782059 | 508914 |
| TO ........................................ | 2796579 | 519954 |
| BY STRAIGHT LINE TO.................... | 2799209 | 516495 |
| BY ARC CENTERED AT.................... | 2784689 | 505455 |
| TO ........................................ | 2800441 | 514653 |
| BY STRAIGHT LINE TO.................... | 2804270 | 508096 |
| BY ARC CENTERED AT.................... | 2788518 | 498898 |
| TO ........................................ | 2804495 | 507699 |
| BY STRAIGHT LINE TO.................... | 2806028 | 504916 |
| BY ARC CENTERED AT.................... | 2790051 | 496115 |
| TO ........................................ | 2807014 | 502822 |
| BY STRAIGHT LINE TO.................... | 2808653 | 498677 |
| BY ARC CENTERED AT.................... | 2791690 | 491970 |
| TO ........................................ | 2809151 | 497245 |
| BY STRAIGHT LINE TO.................... | 2812250 | 486987 |
| BY ARC CENTERED AT.................... | 2794789 | 481712 |
| TO ........................................ | 2812519 | 485996 |
| BY STRAIGHT LINE TO.................... | 2813932 | 480148 |
| BY ARC CENTERED AT.................... | 2796202 | 475864 |
| TO ........................................ | 2814262 | 478425 |
| BY STRAIGHT LINE TO.................... | 2815269 | 471324 |
| BY ARC CENTERED AT.................... | 2797209 | 468763 |
| TO ........................................ | 2815426 | 469688 |
| BY STRAIGHT LINE TO.................... | 2815673 | 464823 |
| BY ARC CENTERED AT.................... | 2797456 | 463898 |
| TO ........................................ | 2815697 | 463895 |
| BY STRAIGHT LINE TO.................... | 2815696 | 458116 |
| BY ARC CENTERED AT.................... | 2797455 | 458119 |
| TO ........................................ | 2815657 | 456928 |
| BY STRAIGHT LINE TO.................... | 2815269 | 450999 |

| | X | Y |
|---|---|---|
| BY ARC CENTERED AT.................... | 2797067 | 452190 |
| TO ........................................ | 2815171 | 449960 |
| BY STRAIGHT LINE TO.................... | 2813957 | 440103 |
| BY ARC CENTERED AT.................... | 2795853 | 442333 |
| TO ........................................ | 2813809 | 439123 |
| BY STRAIGHT LINE TO.................... | 2812678 | 432796 |
| BY ARC CENTERED AT.................... | 2794722 | 436006 |
| TO ........................................ | 2812419 | 431584 |
| BY STRAIGHT LINE TO.................... | 2810957 | 425733 |
| BY ARC CENTERED AT.................... | 2793260 | 430155 |
| TO ........................................ | 2810699 | 424807 |
| BY STRAIGHT LINE TO.................... | 2807854 | 415530 |
| BY ARC CENTERED AT.................... | 2790415 | 420878 |
| TO ........................................ | 2807572 | 414684 |
| BY STRAIGHT LINE TO.................... | 2805322 | 408452 |
| BY ARC CENTERED AT.................... | 2788165 | 414646 |
| TO ........................................ | 2805227 | 408196 |
| BY STRAIGHT LINE TO.................... | 2803786 | 404384 |
| BY ARC CENTERED AT.................... | 2786724 | 410834 |
| TO ........................................ | 2803319 | 403263 |
| BY STRAIGHT LINE TO.................... | 2799845 | 395648 |
| BY ARC CENTERED AT.................... | 2783250 | 403219 |
| TO ........................................ | 2798971 | 393968 |
| BY STRAIGHT LINE TO.................... | 2795394 | 387889 |
| BY ARC CENTERED AT.................... | 2779673 | 397140 |
| TO ........................................ | 2795311 | 387750 |
| BY STRAIGHT LINE TO.................... | 2793560 | 384834 |
| BY ARC CENTERED AT.................... | 2777922 | 394224 |
| TO ........................................ | 2792249 | 382934 |
| BY STRAIGHT LINE TO.................... | 2790814 | 381113 |
| BY ARC CENTERED AT.................... | 2776487 | 392403 |
| TO ........................................ | 2789360 | 379480 |
| BY ARC CENTERED AT.................... | 2774670 | 390293 |
| TO ........................................ | 2788262 | 378129 |
| BY STRAIGHT LINE TO.................... | 2786553 | 375045 |
| BY ARC CENTERED AT.................... | 2770599 | 383887 |
| TO ........................................ | 2785045 | 372750 |
| BY STRAIGHT LINE TO.................... | 2783942 | 371319 |
| BY STRAIGHT LINE TO.................... | 2783792 | 371062 |

| | X | Y |
|---|---|---|
| BY ARC CENTERED AT.................... | 2768031 | 380244 |
| TO ......................................... | 2780548 | 366976 |
| BY STRAIGHT LINE TO................... | 2775735 | 360553 |
| BY ARC CENTERED AT................... | 2761138 | 371491 |
| TO ......................................... | 2775111 | 359766 |
| BY STRAIGHT LINE TO................... | 2773031 | 357287 |
| BY ARC CENTERED AT................... | 2757465 | 366796 |
| TO ......................................... | 2771721 | 355417 |
| BY STRAIGHT LINE TO................... | 2770633 | 354054 |
| BY STRAIGHT LINE TO................... | 2770505 | 353847 |
| BY ARC CENTERED AT.................... | 2755015 | 363480 |
| TO ......................................... | 2767788 | 350458 |
| BY STRAIGHT LINE TO................... | 2761994 | 344775 |
| BY ARC CENTERED AT.................... | 2749221 | 357797 |
| TO ......................................... | 2760703 | 343624 |
| BY STRAIGHT LINE TO................... | 2757791 | 341265 |
| BY ARC CENTERED AT.................... | 2746309 | 355438 |
| TO ......................................... | 2756022 | 339999 |
| BY STRAIGHT LINE TO................... | 2754136 | 338812 |
| BY STRAIGHT LINE TO................... | 2742173 | 323079 |
| BY ARC CENTERED AT................... | 2727653 | 334120 |
| TO ......................................... | 2741983 | 322834 |
| BY STRAIGHT LINE TO................... | 2741182 | 321817 |
| BY ARC CENTERED AT.................... | 2726852 | 333103 |
| TO ......................................... | 2738042 | 318698 |
| BY STRAIGHT LINE TO................... | 2736381 | 317408 |
| BY STRAIGHT LINE TO................... | 2736060 | 316935 |
| BY STRAIGHT LINE TO................... | 2732627 | 311249 |
| BY ARC CENTERED AT.................... | 2717012 | 320677 |
| TO ......................................... | 2731416 | 309486 |
| BY STRAIGHT LINE TO................... | 2729640 | 307200 |
| BY ARC CENTERED AT.................... | 2715236 | 318391 |
| TO ......................................... | 2728702 | 306088 |
| BY STRAIGHT LINE TO................... | 2728099 | 305428 |
| BY ARC CENTERED AT.................... | 2714633 | 317731 |
| TO ......................................... | 2725197 | 302861 |
| BY STRAIGHT LINE TO................... | 2723888 | 301931 |
| BY ARC CENTERED AT.................... | 2713324 | 316801 |
| TO ......................................... | 2720770 | 300149 |

| | X | Y |
|---|---|---|
| BY STRAIGHT LINE TO.................... | 2719218 | 299455 |
| BY ARC CENTERED AT.................... | 2711772 | 316107 |
| TO......................................... | 2714238 | 298034 |
| BY STRAIGHT LINE TO.................... | 2704480 | 294684 |
| BY STRAIGHT LINE TO.................... | 2704099 | 293666 |
| BY ARC CENTERED AT.................... | 2687014 | 300054 |
| TO......................................... | 2701338 | 288761 |
| BY STRAIGHT LINE TO.................... | 2699382 | 286280 |
| BY ARC CENTERED AT.................... | 2685058 | 297573 |
| TO......................................... | 2697436 | 284175 |
| BY STRAIGHT LINE TO.................... | 2699302 | 266715 |
| BY ARC CENTERED AT.................... | 2688235 | 252215 |
| TO......................................... | 2704468 | 260534 |
| BY ARC CENTERED AT.................... | 2689305 | 250395 |
| TO......................................... | 2707507 | 251577 |
| BY ARC CENTERED AT.................... | 2700735 | 234640 |
| TO......................................... | 2717908 | 240788 |
| BY ARC CENTERED AT.................... | 2701500 | 232820 |
| TO......................................... | 2719022 | 237890 |
| BY ARC CENTERED AT.................... | 2707635 | 223640 |
| TO......................................... | 2721632 | 235337 |
| BY STRAIGHT LINE TO.................... | 2736873 | 228413 |
| BY ARC CENTERED AT.................... | 2738320 | 210230 |
| TO......................................... | 2745585 | 226961 |
| BY ARC CENTERED AT.................... | 2738938 | 209975 |
| TO......................................... | 2749646 | 224742 |
| BY ARC CENTERED AT.................... | 2750755 | 206535 |
| TO......................................... | 2759837 | 222354 |
| BY ARC CENTERED AT.................... | 2755325 | 204680 |
| TO......................................... | 2773229 | 201192 |
| BY ARC CENTERED AT.................... | 2755178 | 203815 |
| TO......................................... | 2770763 | 194337 |
| BY ARC CENTERED AT.................... | 2754100 | 186915 |
| TO......................................... | 2771780 | 191404 |
| BY ARC CENTERED AT.................... | 2754263 | 186316 |
| TO......................................... | 2772100 | 182502 |
| BY ARC CENTERED AT.................... | 2753885 | 183460 |
| TO......................................... | 2765449 | 169354 |
| BY ARC CENTERED AT.................... | 2752470 | 182170 |

| | X | Y |
| ---------------------------- | ------- | ------ |
| TO .........................................| 2761213 | 166161 |
| BY ARC CENTERED AT....................| 2751045 | 181305 |
| TO .........................................| 2752202 | 163101 |
| BY ARC CENTERED AT....................| 2750586 | 181270 |
| TO .........................................| 2749611 | 163055 |
| BY ARC CENTERED AT....................| 2736662 | 175902 |
| TO .........................................| 2748316 | 161869 |
| BY ARC CENTERED AT....................| 2734720 | 174030 |
| TO .........................................| 2747824 | 161341 |
| BY STRAIGHT LINE TO...................| 2746249 | 159715 |
| BY ARC CENTERED AT....................| 2728153 | 162005 |
| TO .........................................| 2746094 | 158715 |
| BY STRAIGHT LINE AT...................| 2745156 | 153600 |
| BY ARC CENTERED AT....................| 2727215 | 156890 |
| TO .........................................| 2745054 | 153083 |
| BY ARC CENTERED AT....................| 2726951 | 150846 |
| TO .........................................| 2743622 | 143444 |
| BY ARC CENTERED AT....................| 2726105 | 148530 |
| TO .........................................| 2731258 | 131033 |
| BY STRAIGHT LINE TO...................| 2717872 | 114220 |
| BY ARC CENTERED AT....................| 2699815 | 116800 |
| TO .........................................| 2711432 | 102737 |
| BY ARC CENTERED AT....................| 2699695 | 116700 |
| TO .........................................| 2694008 | 99369 |
| BY ARC CENTERED AT....................| 2697850 | 117200 |
| TO .........................................| 2683320 | 106173 |
| BY STRAIGHT LINE TO...................| 2682980 | 106621 |
| BY ARC CENTERED AT....................| 2697510 | 117648 |
| TO .........................................| 2679799 | 113283 |
| BY STRAIGHT LINE TO...................| 2679589 | 114135 |
| BY ARC CENTERED AT....................| 2697300 | 118500 |
| TO .........................................| 2679155 | 116635 |
| BY ARC CENTERED AT....................| 2685325 | 133800 |
| TO .........................................| 2670977 | 122536 |
| BY STRAIGHT LINE TO...................| 2670888 | 122588 |
| BY STRAIGHT LINE TO...................| 2656605 | 119022 |
| BY ARC CENTERED AT....................| 2641835 | 129725 |
| TO .........................................| 2656150 | 118421 |
| BY STRAIGHT LINE TO...................| 2653860 | 115521 |

| | X | Y |
|---|---|---|
| BY ARC CENTERED AT.................... | 2639545 | 126825 |
| TO ....................................... | 2648682 | 111038 |
| BY STRAIGHT LINE TO.................... | 2648610 | 110974 |
| BY STRAIGHT LINE TO.................... | 2648531 | 110887 |
| BY STRAIGHT LINE TO.................... | 2646419 | 107265 |
| BY ARC CENTERED AT.................... | 2630660 | 116450 |
| TO ....................................... | 2646250 | 106981 |
| BY STRAIGHT LINE TO.................... | 2644270 | 103721 |
| BY ARC CENTERED AT.................... | 2628680 | 113190 |
| TO ....................................... | 2642494 | 101278 |
| BY STRAIGHT LINE TO.................... | 2640182 | 98597 |
| BY ARC CENTERED AT.................... | 2624995 | 108700 |
| TO ....................................... | 2638408 | 96339 |
| BY STRAIGHT LINE TO.................... | 2638210 | 96123 |
| BY STRAIGHT LINE TO.................... | 2637530 | 95377 |
| BY ARC CENTERED AT.................... | 2624045 | 107660 |
| TO ....................................... | 2637471 | 95312 |
| BY STRAIGHT LINE TO.................... | 2635351 | 93007 |
| BY ARC CENTERED AT.................... | 2621925 | 105355 |
| TO ....................................... | 2634923 | 92558 |
| BY STRAIGHT LINE TO.................... | 2633653 | 91268 |
| BY ARC CENTERED AT.................... | 2620655 | 104065 |
| TO ....................................... | 2631973 | 89760 |
| BY STRAIGHT LINE TO.................... | 2631344 | 89262 |
| BY STRAIGHT LINE TO.................... | 2630156 | 87770 |
| BY ARC CENTERED AT.................... | 2615885 | 99131 |
| TO ....................................... | 2630068 | 87661 |
| BY STRAIGHT LINE TO.................... | 2629389 | 86821 |
| BY STRAIGHT LINE TO.................... | 2626027 | 82661 |
| BY STRAIGHT LINE TO.................... | 2624340 | 80576 |
| BY ARC CENTERED AT.................... | 2610160 | 92050 |
| TO ....................................... | 2621555 | 77806 |
| BY STRAIGHT LINE TO.................... | 2621180 | 77506 |
| BY ARC CENTERED AT.................... | 2609785 | 91750 |
| TO ....................................... | 2617996 | 75462 |
| BY STRAIGHT LINE TO.................... | 2617391 | 75157 |
| BY ARC CENTERED AT.................... | 2609180 | 91445 |
| TO ....................................... | 2597416 | 77505 |
| BY STRAIGHT LINE TO.................... | 2595526 | 79100 |

| | X | Y |
|---|---|---|
| BY ARC CENTERED AT.................... | 2607290 | 93040 |
| TO ....................................... | 2589664 | 97736 |
| BY ARC CENTERED AT.................... | 2607455 | 93710 |
| TO ....................................... | 2591541 | 102625 |
| BY STRAIGHT LINE TO.................... | 2592751 | 104785 |
| BY ARC CENTERED AT.................... | 2608665 | 95870 |
| TO ....................................... | 2593838 | 106495 |
| BY STRAIGHT LINE TO.................... | 2595167 | 108350 |
| BY STRAIGHT LINE TO.................... | 2596041 | 109955 |
| BY ARC CENTERED AT.................... | 2614270 | 110615 |
| TO ....................................... | 2597233 | 117130 |
| BY STRAIGHT LINE TO.................... | 2597210 | 155899 |
| BY ARC CENTERED AT.................... | 2614790 | 160765 |
| TO ....................................... | 2596949 | 156969 |
| BY STRAIGHT LINE TO.................... | 2596342 | 158695 |
| BY ARC CENTERED AT.................... | 2613550 | 164745 |
| TO ....................................... | 2595312 | 165072 |
| BY STRAIGHT LINE TO.................... | 2595316 | 165282 |
| BY ARC CENTERED AT.................... | 2607710 | 178665 |
| TO ....................................... | 2594008 | 166625 |
| BY STRAIGHT LINE TO.................... | 2592668 | 168150 |
| BY ARC CENTERED AT.................... | 2606370 | 180190 |
| TO ....................................... | 2590016 | 172111 |
| BY STRAIGHT LINE TO.................... | 2588771 | 174631 |
| BY ARC CENTERED AT.................... | 2605125 | 182710 |
| TO ....................................... | 2587979 | 176487 |
| BY ARC CENTERED AT.................... | 2604220 | 184790 |
| TO ....................................... | 2587325 | 177913 |
| BY STRAIGHT LINE TO.................... | 2586460 | 180038 |
| BY ARC CENTERED AT.................... | 2603355 | 186915 |
| TO ....................................... | 2585856 | 181767 |
| BY ARC CENTERED AT.................... | 2602425 | 189395 |
| TO ....................................... | 2585513 | 182560 |
| BY STRAIGHT LINE TO.................... | 2585309 | 183065 |
| BY STRAIGHT LINE TO.................... | 2585048 | 183583 |
| BY STRAIGHT LINE TO.................... | 2584220 | 184785 |
| BY STRAIGHT LINE TO.................... | 2581909 | 187130 |
| BY ARC CENTERED AT.................... | 2594900 | 199935 |
| TO ....................................... | 2581526 | 187531 |

| | X | Y |
|---|---|---|
| BY ARC CENTERED AT.................... | 2589100 | 204125 |
| TO ......................................... | 2579034 | 188914 |
| BY STRAIGHT LINE TO.................... | 2577635 | 189839 |
| BY ARC CENTERED AT.................... | 2583790 | 207010 |
| TO ......................................... | 2576863 | 190136 |
| BY STRAIGHT LINE TO.................... | 2572518 | 191920 |
| BY ARC CENTERED AT.................... | 2576174 | 209790 |
| TO ......................................... | 2567200 | 193910 |
| BY ARC CENTERED AT.................... | 2574890 | 210450 |
| TO ......................................... | 2566472 | 194268 |
| BY STRAIGHT LINE TO.................... | 2564469 | 194807 |
| BY ARC CENTERED AT.................... | 2565940 | 212988 |
| TO ......................................... | 2559750 | 195830 |
| BY STRAIGHT LINE TO.................... | 2559112 | 196060 |
| BY ARC CENTERED AT.................... | 2562149 | 214046 |
| TO ......................................... | 2557272 | 196470 |
| BY STRAIGHT LINE TO.................... | 2557019 | 196540 |
| BY STRAIGHT LINE TO.................... | 2552324 | 197553 |
| BY ARC CENTERED AT.................... | 2556172 | 215383 |
| TO ......................................... | 2551363 | 197788 |
| BY STRAIGHT LINE TO.................... | 2414967 | 172673 |
| BY STRAIGHT LINE TO.................... | 2410270 | 168699 |
| BY STRAIGHT LINE TO.................... | 2406006 | 164749 |
| BY ARC CENTERED AT.................... | 2393610 | 178130 |
| TO ......................................... | 2404972 | 163860 |
| BY STRAIGHT LINE TO.................... | 2397195 | 157668 |
| BY ARC CENTERED AT.................... | 2385833 | 171938 |
| TO ......................................... | 2396858 | 157406 |
| BY STRAIGHT LINE TO.................... | 2392712 | 154261 |
| BY STRAIGHT LINE TO.................... | 2389824 | 151968 |
| BY ARC CENTERED AT.................... | 2376485 | 164409 |
| TO ......................................... | 2387438 | 149823 |
| BY STRAIGHT LINE TO.................... | 2385828 | 148614 |
| BY ARC CENTERED AT.................... | 2374875 | 163200 |
| TO ......................................... | 2382739 | 146742 |
| BY STRAIGHT LINE TO.................... | 2382463 | 146610 |
| BY STRAIGHT LINE TO.................... | 2379481 | 144718 |
| BY ARC CENTERED AT.................... | 2369709 | 160120 |
| TO ......................................... | 2378913 | 144372 |

| | X | Y |
|---|---|---|
| BY STRAIGHT LINE TO..................... | 2376899 | 143195 |
| BY ARC CENTERED AT..................... | 2367695 | 158943 |
| TO ........................................ | 2374967 | 142215 |
| BY STRAIGHT LINE TO..................... | 2373712 | 141669 |
| BY ARC CENTERED AT..................... | 2364392 | 157349 |
| TO ........................................ | 2367743 | 139419 |
| BY STRAIGHT LINE TO..................... | 2365248 | 138185 |
| BY ARC CENTERED AT..................... | 2354070 | 152599 |
| TO ........................................ | 2349744 | 134879 |
| BY STRAIGHT LINE TO..................... | 2348372 | 134394 |
| BY STRAIGHT LINE TO..................... | 2346096 | 133534 |
| BY ARC CENTERED AT..................... | 2339651 | 150598 |
| TO ........................................ | 2344530 | 133022 |
| BY STRAIGHT LINE TO..................... | 2342882 | 132565 |
| BY STRAIGHT LINE TO..................... | 2341883 | 132218 |
| BY STRAIGHT LINE TO..................... | 2334775 | 129342 |
| BY ARC CENTERED AT..................... | 2327933 | 146251 |
| TO ........................................ | 2333794 | 128978 |
| BY STRAIGHT LINE TO..................... | 2328327 | 127123 |
| BY ARC CENTERED AT..................... | 2322466 | 144396 |
| TO ........................................ | 2326959 | 126717 |
| BY STRAIGHT LINE TO..................... | 2326906 | 126704 |
| BY ARC CENTERED AT..................... | 2319608 | 143421 |
| TO ........................................ | 2324588 | 125873 |
| BY STRAIGHT LINE TO..................... | 2322643 | 125321 |
| BY ARC CENTERED AT..................... | 2317663 | 142869 |
| TO ........................................ | 2322368 | 125246 |
| BY STRAIGHT LINE TO..................... | 2318607 | 124242 |
| BY ARC CENTERED AT..................... | 2313902 | 141865 |
| TO ........................................ | 2314460 | 123633 |
| BY STRAIGHT LINE TO..................... | 2312762 | 123581 |
| BY ARC CENTERED AT..................... | 2312204 | 141813 |
| TO ........................................ | 2311215 | 123599 |
| BY STRAIGHT LINE TO..................... | 2309557 | 123689 |
| BY ARC CENTERED AT..................... | 2310546 | 141903 |
| TO ........................................ | 2308711 | 123755 |
| BY ARC CENTERED AT..................... | 2300326 | 139954 |
| TO ........................................ | 2308388 | 123592 |
| BY STRAIGHT LINE TO..................... | 2306600 | 122711 |

■ 

| | X | Y |
|---|---|---|
| BY ARC CENTERED AT................... | 2298538 | 139073 |
| TO ........................................ | 2302489 | 121265 |
| BY STRAIGHT LINE TO................... | 2299992 | 120711 |
| BY ARC CENTERED AT................... | 2296041 | 138519 |
| TO ........................................ | 2295411 | 120289 |
| BY STRAIGHT LINE TO................... | 2294514 | 120320 |
| BY ARC CENTERED AT................... | 2295144 | 138550 |
| TO ........................................ | 2288532 | 121550 |
| BY STRAIGHT LINE TO................... | 2287771 | 121846 |
| BY ARC CENTERED AT................... | 2294383 | 138846 |
| TO ........................................ | 2287412 | 121990 |
| BY STRAIGHT LINE TO................... | 2284138 | 122399 |
| BY ARC CENTERED AT................... | 2286402 | 140499 |
| TO ........................................ | 2283007 | 122577 |
| BY STRAIGHT LINE TO................... | 2277807 | 123562 |
| BY ARC CENTERED AT................... | 2281202 | 141484 |
| TO ........................................ | 2276614 | 123830 |
| BY STRAIGHT LINE TO................... | 2270161 | 125507 |
| BY ARC CENTERED AT................... | 2274749 | 143161 |
| TO ........................................ | 2267618 | 126372 |
| BY STRAIGHT LINE TO................... | 2263074 | 128302 |
| BY ARC CENTERED AT................... | 2270205 | 145091 |
| TO ........................................ | 2262736 | 128450 |
| BY STRAIGHT LINE TO................... | 2256981 | 131033 |
| BY ARC CENTERED AT................... | 2264450 | 147674 |
| TO ........................................ | 2255335 | 131874 |
| BY STRAIGHT LINE TO................... | 2251881 | 133867 |
| BY STRAIGHT LINE TO................... | 2250291 | 134590 |
| BY STRAIGHT LINE TO................... | 2229997 | 129637 |
| BY STRAIGHT LINE TO................... | 2228299 | 128761 |
| BY ARC CENTERED AT................... | 2219935 | 144971 |
| TO ........................................ | 2227466 | 128358 |
| BY STRAIGHT LINE TO................... | 2225677 | 127547 |
| BY ARC CENTERED AT................... | 2218146 | 144160 |
| TO ........................................ | 2222547 | 126458 |
| BY STRAIGHT LINE TO................... | 2219572 | 125719 |
| BY STRAIGHT LINE TO................... | 2212203 | 123742 |
| BY STRAIGHT LINE TO................... | 2203722 | 121100 |
| BY ARC CENTERED AT................... | 2198296 | 138515 |

| | X | Y |
|---|---|---|
| TO ........................................ | 2202941 | 120876 |
| BY STRAIGHT LINE TO................... | 2196975 | 119305 |
| BY ARC CENTERED AT................... | 2192330 | 136944 |
| TO ........................................ | 2195302 | 118947 |
| BY STRAIGHT LINE TO................... | 2189988 | 118070 |
| BY STRAIGHT LINE TO................... | 2188596 | 117772 |
| BY ARC CENTERED AT................... | 2184788 | 135611 |
| TO ........................................ | 2185156 | 117374 |
| BY ARC CENTERED AT................... | 2182166 | 135368 |
| TO ........................................ | 2181100 | 117159 |
| BY STRAIGHT LINE TO................... | 2179579 | 117248 |
| BY ARC CENTERED AT................... | 2180645 | 135457 |
| TO ........................................ | 2177979 | 117412 |
| BY STRAIGHT LINE TO................... | 2172700 | 117308 |
| BY STRAIGHT LINE TO................... | 2171638 | 117082 |
| BY ARC CENTERED AT................... | 2167836 | 134922 |
| TO ........................................ | 2168753 | 116704 |
| BY STRAIGHT LINE TO................... | 2165394 | 116535 |
| BY ARC CENTERED AT................... | 2164477 | 134753 |
| TO ........................................ | 2160352 | 116985 |
| BY STRAIGHT LINE TO................... | 2156273 | 117355 |
| BY ARC CENTERED AT................... | 2157920 | 135521 |
| TO ....... :................................ | 2154346 | 117634 |
| BY ARC CENTERED AT................... | 2155349 | 135847 |
| TO ........................................ | 2149793 | 118473 |
| BY ARC CENTERED AT................... | 2147751 | 136599 |
| TO ........................................ | 2149162 | 118413 |
| BY STRAIGHT LINE TO................... | 2145000 | 118090 |
| BY ARC CENTERED AT................... | 2143589 | 136276 |
| TO ........................................ | 2143589 | 118035 |
| BY STRAIGHT LINE TO................... | 2139529 | 118035 |
| BY ARC CENTERED AT................... | 2139529 | 136276 |
| TO ........................................ | 2137975 | 118102 |
| BY STRAIGHT LINE TO................... | 2136677 | 118213 |
| BY ARC CENTERED AT................... | 2138231 | 136387 |
| TO ........................................ | 2134698 | 118492 |
| BY ARC CENTERED AT................... | 2134210 | 136726 |
| TO ........................................ | 2130790 | 118809 |
| BY STRAIGHT LINE TO................... | 2129669 | 119023 |

■ 

| | X | Y |
|---|---|---|
| BY ARC CENTERED AT.................... | 2133089 | 136940 |
| TO ....................................... | 2126158 | 120067 |
| BY STRAIGHT LINE TO................... | 2122637 | 121514 |
| BY STRAIGHT LINE TO................... | 2122091 | 121684 |
| BY STRAIGHT LINE TO................... | 2118740 | 122394 |
| BY ARC CENTERED AT.................... | 2122523 | 140238 |
| TO ....................................... | 2114776 | 123724 |
| BY STRAIGHT LINE TO................... | 2111082 | 125457 |
| BY ARC CENTERED AT.................... | 2118829 | 141971 |
| TO ....................................... | 2108033 | 127268 |
| BY STRAIGHT LINE TO................... | 2107269 | 127829 |
| BY ARC CENTERED AT.................... | 2118065 | 142532 |
| TO ....................................... | 2103682 | 131314 |
| BY STRAIGHT LINE TO................... | 2102934 | 132273 |
| BY ARC CENTERED AT.................... | 2117317 | 143491 |
| TO ....................................... | 2112203 | 161000 |
| BY STRAIGHT LINE TO................... | 2112518 | 161092 |
| BY ARC CENTERED AT.................... | 2117632 | 143583 |
| TO ....................................... | 2119073 | 161767 |
| BY ARC CENTERED AT.................... | 2131078 | 175500 |
| TO ....................................... | 2117168 | 163700 |
| BY ARC CENTERED AT.................... | 2128430 | 178049 |
| TO ....................................... | 2116319 | 164410 |
| BY ARC CENTERED AT.................... | 2127239 | 179020 |
| TO ....................................... | 2116191 | 164506 |
| BY ARC CENTERED AT.................... | 2124878 | 180545 |
| TO ....................................... | 2114372 | 165634 |
| BY ARC CENTERED AT.................... | 2111697 | 183677 |
| TO ....................................... | 2110623 | 165468 |
| BY ARC CENTERED AT.................... | 2106412 | 183216 |
| TO ....................................... | 2102599 | 165378 |
| BY ARC CENTERED AT.................... | 2103313 | 183605 |
| TO ....................................... | 2095246 | 167245 |
| BY ARC CENTERED AT.................... | 2098954 | 185105 |
| TO ....................................... | 2095140 | 167268 |
| BY STRAIGHT LINE TO................... | 2087218 | 168962 |
| BY ARC CENTERED AT.................... | 2086261 | 187177 |
| TO ....................................... | 2082361 | 169358 |
| BY STRAIGHT LINE TO................... | 2081470 | 169553 |

| | X | Y |
|---|---|---|
| BY ARC CENTERED AT.................... | 2085370 | 187372 |
| TO ....................................... | 2076984 | 171174 |
| BY ARC CENTERED AT.................... | 2077417 | 189409 |
| TO ....................................... | 2071846 | 172040 |
| BY STRAIGHT LINE TO.................... | 2070630 | 172430 |
| BY ARC CENTERED AT.................... | 2076201 | 189799 |
| TO ....................................... | 2064747 | 175603 |
| BY STRAIGHT LINE TO.................... | 2063841 | 176334 |
| BY ARC CENTERED AT.................... | 2075295 | 190530 |
| TO ....................................... | 2059951 | 180668 |
| BY ARC CENTERED AT.................... | 2071131 | 195080 |
| TO ....................................... | 2058843 | 181599 |
| BY ARC CENTERED AT.................... | 2062055 | 199555 |
| TO ....................................... | 2057134 | 181991 |
| BY STRAIGHT LINE TO.................... | 2053779 | 182931 |
| BY ARC CENTERED AT.................... | 2058700 | 200495 |
| TO ....................................... | 2053474 | 183019 |
| BY STRAIGHT LINE TO.................... | 2052967 | 183053 |
| BY STRAIGHT LINE TO.................... | 2051871 | 183006 |
| BY ARC CENTERED AT.................... | 2051090 | 201230 |
| TO ....................................... | 2050845 | 182991 |
| BY STRAIGHT LINE TO.................... | 2048985 | 183016 |
| BY ARC CENTERED AT.................... | 2049230 | 201255 |
| TO ....................................... | 2048033 | 183054 |
| BY STRAIGHT LINE TO.................... | 2044865 | 183262 |
| BY STRAIGHT LINE TO.................... | 2041482 | 183446 |
| BY ARC CENTERED AT.................... | 2042475 | 201660 |
| TO ....................................... | 2037473 | 184119 |
| BY STRAIGHT LINE TO.................... | 2033139 | 185355 |
| BY STRAIGHT LINE TO.................... | 2032934 | 185387 |
| BY ARC CENTERED AT.................... | 2035775 | 203405 |
| TO ....................................... | 2029791 | 186174 |
| BY STRAIGHT LINE TO.................... | 2027401 | 187004 |
| BY ARC CENTERED AT.................... | 2033385 | 204235 |
| TO ....................................... | 2026834 | 187211 |
| BY STRAIGHT LINE TO.................... | 2023510 | 188491 |
| BY STRAIGHT LINE TO.................... | 2020959 | 189327 |
| BY ARC CENTERED AT.................... | 2026640 | 206660 |
| TO ....................................... | 2019190 | 190010 |

| | X | Y |
|---|---|---|
| BY STRAIGHT LINE TO.................... | 2016613 | 191163 |
| BY STRAIGHT LINE TO.................... | 2015796 | 191414 |
| BY ARC CENTERED TO................... | 2021155 | 208850 |
| TO ........................................ | 2013823 | 192148 |
| BY STRAIGHT LINE TO.................... | 2010121 | 193773 |
| BY ARC CENTERED AT................... | 2017453 | 210475 |
| TO ........................................ | 2007660 | 195086 |
| BY STRAIGHT LINE TO.................... | 2006450 | 195856 |
| BY ARC CENTERED AT................... | 2016243 | 211245 |
| TO ........................................ | 2002812 | 198903 |
| BY STRAIGHT LINE TO.................... | 2001329 | 200516 |
| BY STRAIGHT LINE TO.................... | 1998627 | 203119 |
| BY STRAIGHT LINE TO.................... | 1996877 | 204647 |
| BY ARC CENTERED AT................... | 2008873 | 218388 |
| TO ........................................ | 1994484 | 207177 |
| BY STRAIGHT LINE TO.................... | 1993669 | 208223 |
| BY ARC CENTERED AT................... | 2008058 | 219434 |
| TO ........................................ | 1992024 | 210737 |
| BY STRAIGHT LINE TO.................... | 1991724 | 211291 |
| BY STRAIGHT LINE TO.................... | 1991392 | 211653 |
| BY STRAIGHT LINE TO.................... | 1987527 | 215292 |
| BY ARC CENTERED AT................... | 2000030 | 228573 |
| TO ........................................ | 1985881 | 217061 |
| BY STRAIGHT LINE TO.................... | 1984419 | 218858 |
| BY ARC CENTERED AT................... | 1998568 | 230370 |
| TO ........................................ | 1982726 | 221329 |
| BY STRAIGHT LINE TO.................... | 1981279 | 223864 |
| BY ARC CENTERED AT................... | 1987818 | 240892 |
| TO ........................................ | 1975782 | 227186 |
| BY ARC CENTERED AT................... | 1987371 | 241272 |
| TO ........................................ | 1972054 | 231367 |
| BY STRAIGHT LINE TO.................... | 1937446 | 246505 |
| BY ARC CENTERED AT................... | 1933172 | 264238 |
| TO ........................................ | 1920501 | 251117 |
| BY ARC CENTERED AT................... | 1924399 | 268936 |
| TO ........................................ | 1916888 | 252314 |
| BY ARC CENTERED AT................... | 1914373 | 270380 |
| TO ........................................ | 1900989 | 257987 |
| BY ARC CENTERED AT................... | 1896827 | 275747 |

| | X | Y |
|---|---|---|
| TO ........................................ | 1895100 | 257588 |
| BY ARC CENTERED AT.................... | 1882306 | 270590 |
| TO ........................................ | 1867537 | 259884 |
| BY ARC CENTERED AT.................... | 1872418 | 277460 |
| TO ........................................ | 1858534 | 265630 |
| BY ARC CENTERED AT.................... | 1843467 | 275912 |
| TO ........................................ | 1848729 | 258447 |
| BY ARC CENTERED AT.................... | 1835344 | 270839 |
| TO ........................................ | 1841538 | 253682 |
| BY ARC CENTERED AT.................... | 1834019 | 270301 |
| TO ........................................ | 1817077 | 263541 |
| BY ARC CENTERED AT.................... | 1833527 | 271423 |
| TO ........................................ | 1815531 | 274401 |
| BY ARC CENTERED AT.................... | 1820994 | 291804 |
| TO ........................................ | 1808997 | 278064 |
| BY ARC CENTERED AT.................... | 1809845 | 296285 |
| TO ........................................ | 1792971 | 289357 |
| BY ARC CENTERED AT.................... | 1791584 | 307545 |
| TO ........................................ | 1773422 | 305849 |
| BY ARC CENTERED AT.................... | 1783067 | 321331 |
| TO ........................................ | 1771284 | 307407 |
| BY ARC CENTERED AT.................... | 1782391 | 321876 |
| TO ........................................ | 1769317 | 309156 |
| BY ARC CENTERED AT.................... | 1778769 | 324757 |
| TO ........................................ | 1763172 | 315299 |
| BY ARC CENTERED AT.................... | 1763190 | 333540 |
| TO ........................................ | 1762008 | 315338 |
| BY STRAIGHT LINE TO.................... | 1761238 | 315388 |
| BY ARC CENTERED AT.................... | 1762420 | 333590 |
| TO ........................................ | 1761004 | 315404 |
| BY ARC CENTERED AT.................... | 1758630 | 333490 |
| TO ........................................ | 1751585 | 316665 |
| BY STRAIGHT LINE TO.................... | 1749527 | 316597 |
| BY STRAIGHT LINE TO.................... | 1745678 | 316238 |
| BY STRAIGHT LINE TO.................... | 1741757 | 315745 |
| BY STRAIGHT LINE TO.................... | 1738098 | 314155 |
| BY ARC CENTERED AT.................... | 1730831 | 330886 |
| TO ........................................ | 1737269 | 313819 |
| BY STRAIGHT LINE TO.................... | 1733962 | 312572 |

| | X | Y |
|---|---|---|
| BY STRAIGHT LINE TO.................... | 1733065 | 312110 |
| BY ARC CENTERED AT.................... | 1724713 | 328326 |
| TO ....................................... | 1729983 | 310863 |
| BY STRAIGHT LINE TO.................... | 1729557 | 310735 |
| BY STRAIGHT LINE TO.................... | 1727510 | 309315 |
| BY ARC CENTERED AT.................... | 1717114 | 324303 |
| TO ....................................... | 1726647 | 308752 |
| BY STRAIGHT LINE TO.................... | 1721463 | 305574 |
| BY STRAIGHT LINE TO.................... | 1721351 | 305467 |
| BY ARC CENTERED AT.................... | 1708756 | 318661 |
| TO ....................................... | 1715565 | 301739 |
| BY STRAIGHT LINE TO.................... | 1713599 | 300948 |
| BY ARC CENTERED AT.................... | 1706790 | 317870 |
| TO ....................................... | 1711471 | 300240 |
| BY STRAIGHT LINE TO.................... | 1707761 | 299255 |
| BY ARC CENTERED AT.................... | 1703080 | 316885 |
| TO ....................................... | 1706765 | 299020 |
| BY STRAIGHT LINE TO.................... | 1704365 | 298525 |
| BY ARC CENTERED AT.................... | 1700680 | 316390 |
| TO ....................................... | 1702465 | 298237 |
| BY STRAIGHT LINE TO.................... | 1698144 | 297812 |
| BY ARC CENTERED AT.................... | 1696359 | 315965 |
| TO ....................................... | 1696239 | 297725 |
| BY STRAIGHT LINE TO.................... | 1692448 | 297750 |
| BY ARC CENTERED AT.................... | 1692568 | 315990 |
| TO ....................................... | 1691302 | 297793 |
| BY STRAIGHT LINE TO.................... | 1688714 | 297973 |
| BY ARC CENTERED AT.................... | 1689980 | 316170 |
| TO ....................................... | 1687709 | 298071 |
| BY STRAIGHT LINE TO.................... | 1684999 | 298411 |
| BY ARC CENTERED AT.................... | 1687270 | 316510 |
| TO ....................................... | 1683393 | 298686 |
| BY STRAIGHT LINE TO.................... | 1674668 | 300584 |
| BY ARC CENTERED AT.................... | 1678545 | 318408 |
| TO ....................................... | 1674182 | 300697 |
| BY STRAIGHT LINE TO.................... | 1670983 | 301485 |
| BY ARC CENTERED AT.................... | 1675346 | 319196 |
| TO ....................................... | 1670472 | 301619 |
| BY STRAIGHT LINE TO.................... | 1666144 | 302819 |

| | X | Y |
|---|---|---|
| BY ARC CENTERED AT.................... | 1671018 | 320396 |
| TO ........................................ | 1665216 | 303103 |
| BY STRAIGHT LINE TO.................... | 1663698 | 303612 |
| BY STRAIGHT LINE TO.................... | 1662427 | 303960 |
| BY STRAIGHT LINE TO.................... | 1661678 | 304151 |
| BY STRAIGHT LINE TO.................... | 1659494 | 304616 |
| BY ARC CENTERED AT.................... | 1663290 | 322457 |
| TO ........................................ | 1659476 | 304620 |
| BY STRAIGHT LINE TO.................... | 1658120 | 304910 |
| BY ARC CENTERED AT.................... | 1658887 | 323134 |
| TO ........................................ | 1656354 | 305070 |
| BY ARC CENTERED AT.................... | 1655896 | 323305 |
| TO ........................................ | 1652650 | 305356 |
| BY STRAIGHT LINE TO.................... | 1650184 | 305802 |
| BY ARC CENTERED AT.................... | 1653430 | 323751 |
| TO ........................................ | 1648635 | 306152 |
| BY STRAIGHT LINE TO.................... | 1647051 | 306584 |
| BY ARC CENTERED AT.................... | 1649308 | 324684 |
| TO ........................................ | 1643681 | 307333 |
| BY STRAIGHT LINE TO.................... | 1636292 | 308607 |
| BY STRAIGHT LINE TO.................... | 1627130 | 309897 |
| BY STRAIGHT LINE TO.................... | 1620757 | 310390 |
| BY ARC CENTERED AT.................... | 1622420 | 328555 |
| TO ........................................ | 1619895 | 310490 |
| BY STRAIGHT LINE TO.................... | 1614565 | 311235 |
| BY ARC CENTERED AT.................... | 1617090 | 329300 |
| TO ........................................ | 1613148 | 311491 |
| BY STRAIGHT LINE TO.................... | 1611814 | 311591 |
| BY ARC CENTERED AT.................... | 1613190 | 329780 |
| TO ........................................ | 1609960 | 311828 |
| BY STRAIGHT LINE TO.................... | 1606070 | 312528 |
| BY ARC CENTERED AT.................... | 1609300 | 330480 |
| TO ........................................ | 1604702 | 312829 |
| BY STRAIGHT LINE TO.................... | 1604290 | 312866 |
| BY ARC CENTERED AT.................... | 1605965 | 331030 |
| TO ........................................ | 1601325 | 313389 |
| BY STRAIGHT LINE TO.................... | 1601195 | 313403 |
| BY ARC CENTERED AT.................... | 1603140 | 331540 |
| TO ........................................ | 1598672 | 313855 |

| | X | Y |
|------------------------------|----------|---------|
| BY STRAIGHT LINE TO.................... | 1596370 | 314437 |
| BY STRAIGHT LINE TO.................... | 1596179 | 314483 |
| BY STRAIGHT LINE TO.................... | 1592424 | 315063 |
| BY ARC CENTERED AT.................... | 1595210 | 333090 |
| TO ................................... | 1591479 | 315235 |
| BY ARC CENTERED AT.................... | 1594075 | 333290 |
| TO ................................... | 1589694 | 315583 |
| BY ARC CENTERED AT.................... | 1593010 | 333520 |
| TO ................................... | 1589433 | 315634 |
| BY STRAIGHT LINE TO.................... | 1588108 | 315899 |
| BY ARC CENTERED AT.................... | 1591685 | 333785 |
| TO ................................... | 1585928 | 316477 |
| BY STRAIGHT LINE TO.................... | 1584286 | 317023 |
| BY STRAIGHT LINE TO.................... | 1582201 | 317563 |
| BY ARC CENTERED AT.................... | 1586780 | 335220 |
| TO ................................... | 1581596 | 317732 |
| BY STRAIGHT LINE TO.................... | 1576266 | 319312 |
| BY ARC CENTERED AT.................... | 1581450 | 336800 |
| TO ................................... | 1575360 | 319606 |
| BY STRAIGHT LINE TO.................... | 1570080 | 321476 |
| BY ARC CENTERED AT.................... | 1576170 | 338670 |
| TO ................................... | 1569889 | 321545 |
| BY STRAIGHT LINE TO.................... | 1565349 | 323210 |
| BY ARC CENTERED AT.................... | 1571630 | 340335 |
| TO ................................... | 1563529 | 323992 |
| BY STRAIGHT LINE TO.................... | 1563104 | 324202 |
| BY STRAIGHT LINE TO.................... | 1561073 | 324994 |
| BY ARC CENTERED AT.................... | 1567695 | 341990 |
| TO ................................... | 1558882 | 326020 |
| BY STRAIGHT LINE TO.................... | 1558879 | 326021 |
| BY ARC CENTERED AT.................... | 1564160 | 343480 |
| TO ................................... | 1556225 | 327056 |
| BY STRAIGHT LINE TO.................... | 1556066 | 327133 |
| BY STRAIGHT LINE TO.................... | 1553511 | 327894 |
| BY ARC CENTERED AT.................... | 1558720 | 345375 |
| TO ................................... | 1551769 | 328511 |
| BY STRAIGHT LINE TO.................... | 1549575 | 329415 |
| BY ARC CENTERED AT.................... | 1553840 | 347150 |
| TO ................................... | 1546081 | 330642 |

| | X | Y |
|---|---|---|
| BY STRAIGHT LINE TO..................... | 1543911 | 331662 |
| BY ARC CENTERED AT..................... | 1551670 | 348170 |
| TO ........................................ | 1541402 | 333094 |
| BY STRAIGHT LINE TO.................... | 1540011 | 333646 |
| BY ARC CENTERED AT..................... | 1546740 | 350600 |
| TO ........................................ | 1537927 | 334630 |
| BY STRAIGHT LINE TO.................... | 1531757 | 337418 |
| BY ARC CENTERED AT..................... | 1539270 | 354040 |
| TO ........................................ | 1530263 | 338178 |
| BY STRAIGHT LINE TO.................... | 1527498 | 339748 |
| BY ARC CENTERED AT..................... | 1536505 | 355610 |
| TO ........................................ | 1526511 | 340351 |
| BY STRAIGHT LINE TO.................... | 1526495 | 340356 |
| BY ARC CENTERED AT..................... | 1532515 | 357575 |
| TO ........................................ | 1523959 | 341466 |
| BY ARC CENTERED AT..................... | 1531240 | 358190 |
| TO ........................................ | 1522813 | 342013 |
| BY STRAIGHT LINE TO.................... | 1516478 | 345313 |
| BY STRAIGHT LINE TO.................... | 1505572 | 350398 |
| BY ARC CENTERED AT..................... | 1513280 | 366930 |
| TO ...... .................................. | 1504778 | 350792 |
| BY STRAIGHT LINE TO.................... | 1493968 | 356487 |
| BY ARC CENTERED AT..................... | 1502470 | 372625 |
| TO ........................................ | 1493740 | 356609 |
| BY STRAIGHT LINE TO.................... | 1488240 | 359607 |
| BY STRAIGHT LINE TO.................... | 1483855 | 361809 |
| BY ARC CENTERED AT..................... | 1492040 | 378110 |
| TO ........................................ | 1483320 | 362089 |
| BY STRAIGHT LINE TO.................... | 1481464 | 363099 |
| BY STRAIGHT LINE TO.................... | 1472522 | 367321 |
| BY STRAIGHT LINE TO.................... | 1464632 | 370389 |
| BY ARC CENTERED AT..................... | 1471240 | 387390 |
| TO ........................................ | 1464433 | 370467 |
| BY STRAIGHT LINE TO.................... | 1461367 | 371700 |
| BY STRAIGHT LINE TO.................... | 1455041 | 373829 |
| BY STRAIGHT LINE TO.................... | 1449142 | 375498 |
| BY ARC CENTERED AT..................... | 1454105 | 393050 |
| TO ........................................ | 1447394 | 376089 |
| BY STRAIGHT LINE TO.................... | 1443224 | 377739 |

| | X | Y |
|---|---|---|
| BY ARC CENTERED AT.................... | 1449935 | 394700 |
| TO ........................................ | 1442769 | 377926 |
| BY STRAIGHT LINE TO.................... | 1437906 | 380003 |
| BY STRAIGHT LINE TO.................... | 1435142 | 381048 |
| BY STRAIGHT LINE TO.................... | 1431147 | 382502 |
| BY ARC CENTERED AT.................... | 1431465 | 400740 |
| TO ........................................ | 1426148 | 383291 |
| BY STRAIGHT LINE TO.................... | 1423703 | 384036 |
| BY ARC CENTERED AT.................... | 1429020 | 401485 |
| TO ........................................ | 1421665 | 384793 |
| BY STRAIGHT LINE TO.................... | 1421218 | 384903 |
| BY ARC CENTERED AT.................... | 1425600 | 402610 |
| TO ........................................ | 1417428 | 386302 |
| BY STRAIGHT LINE TO.................... | 1411695 | 388054 |
| BY STRAIGHT LINE TO.................... | 1406675 | 389181 |
| BY STRAIGHT LINE TO.................... | 1400158 | 390267 |
| BY STRAIGHT LINE TO.................... | 1395815 | 390681 |
| BY STRAIGHT LINE TO.................... | 1390919 | 390971 |
| BY ARC CENTERED AT.................... | 1392000 | 409180 |
| TO ........................................ | 1390575 | 390995 |
| BY STRAIGHT LINE TO.................... | 1386958 | 390977 |
| BY STRAIGHT LINE TO.................... | 1385797 | 390942 |
| BY STRAIGHT LINE TO.................... | 1383281 | 390516 |
| BY ARC CENTERED AT.................... | 1380235 | 408500 |
| TO ........................................ | 1382827 | 390444 |
| BY STRAIGHT LINE TO.................... | 1380530 | 390115 |
| BY STRAIGHT LINE TO.................... | 1379793 | 389887 |
| BY ARC CENTERED AT.................... | 1363392 | 397870 |
| TO ........................................ | 1364288 | 379651 |
| BY STRAIGHT LINE TO.................... | 1363312 | 379603 |
| BY ARC CENTERED AT.................... | 1362416 | 397822 |
| TO ........................................ | 1348021 | 386619 |
| BY STRAIGHT LINE TO.................... | 1347740 | 386685 |
| BY STRAIGHT LINE TO.................... | 1339580 | 387874 |
| BY STRAIGHT LINE TO.................... | 1332310 | 388694 |
| BY STRAIGHT LINE TO.................... | 1328041 | 388886 |
| BY STRAIGHT LINE TO.................... | 1323345 | 388897 |
| BY STRAIGHT LINE TO.................... | 1318623 | 388814 |
| BY STRAIGHT LINE TO.................... | 1313961 | 388548 |

| | X | Y |
|---|---|---|
| BY STRAIGHT LINE TO.................... | 1309176 | 388114 |
| BY STRAIGHT LINE TO.................... | 1299212 | 386972 |
| BY STRAIGHT LINE TO.................... | 1294264 | 386189 |
| BY ARC CENTERED AT.................... | 1291413 | 404205 |
| TO ........................................ | 1293948 | 386141 |
| BY STRAIGHT LINE TO.................... | 1288689 | 385403 |
| BY ARC CENTERED AT.................... | 1286154 | 403467 |
| TO ........................................ | 1288273 | 385350 |
| BY STRAIGHT LINE TO.................... | 1282879 | 384719 |
| BY ARC CENTERED AT.................... | 1280760 | 402836 |
| TO ........................................ | 1282343 | 384664 |
| BY STRAIGHT LINE TO.................... | 1277050 | 384203 |
| BY ARC CENTERED AT.................... | 1275467 | 402375 |
| TO ........................................ | 1276974 | 384197 |
| BY STRAIGHT LINE TO.................... | 1266567 | 383334 |
| BY STRAIGHT LINE TO.................... | 1261754 | 382855 |
| BY STRAIGHT LINE TO.................... | 1256845 | 382176 |
| BY STRAIGHT LINE TO.................... | 1252082 | 381444 |
| BY STRAIGHT LINE TO.................... | 1247120 | 380489 |
| BY ARC CENTERED AT.................... | 1243670 | 398400 |
| TO ........................................ | 1246626 | 380401 |
| BY STRAIGHT LINE TO.................... | 1243866 | 379947 |
| BY STRAIGHT LINE TO.................... | 1240511 | 379144 |
| BY STRAIGHT LINE TO.................... | 1238894 | 378640 |
| BY STRAIGHT LINE TO.................... | 1234692 | 377218 |
| BY ARC CENTERED AT.................... | 1228846 | 394497 |
| TO ........................................ | 1233981 | 376994 |
| BY ARC CENTERED AT.................... | 1225768 | 393281 |
| TO ........................................ | 1230677 | 375713 |
| BY STRAIGHT LINE TO.................... | 1229077 | 374980 |
| BY ARC CENTERED AT.................... | 1219065 | 390227 |
| TO ........................................ | 1227371 | 373987 |
| BY STRAIGHT LINE TO.................... | 1226185 | 373381 |
| BY STRAIGHT LINE TO.................... | 1227214 | 367277 |
| BY ARC CENTERED AT.................... | 1209227 | 364245 |
| TO ........................................ | 1214918 | 346915 |
| BY STRAIGHT LINE TO.................... | 1213304 | 346385 |
| BY STRAIGHT LINE TO.................... | 1212404.23 | 346089.54 |

SAID POINT BEING ON THE TEXAS-LOUISIANA BOUNDARY.

## EXHIBIT B

From January, 1961 to December 6, 1969, the three-mile projection line in East Bay vicinity from base line point X=2,702,461; Y=124,148 to a baseline point X=2,641,835; Y=129,725 deviates from the present three-mile projection and may be described as follows:

| | X | Y |
|---|---|---|
| By arc centered at | 2702461 | 124148 |
| To | 2717902 | 114437 |
| By arc centered at | 2699815 | 116800 |
| To | 2711432 | 102737 |
| By arc centered at | 2699695 | 116700 |
| To | 2694008 | 99369 |
| By arc centered at | 2697850 | 117200 |
| To | 2683320 | 106173 |
| By straight line to | 2682980 | 106621 |
| By arc centered at | 2697510 | 117648 |
| To | 2679799 | 113283 |
| By straight line to | 2679589 | 114135 |
| By an arc centered at | 2697300 | 118500 |
| To | 2679559 | 114260 |
| By an arc centered at | 2685250 | 131590 |
| To | 2677482 | 115086 |
| By an arc centered at | 2684417 | 131957 |
| To | 2673065 | 117679 |
| By an arc centered at | 2683850 | 132390 |
| To | 2672411 | 118182 |
| By an arc centered at | 2682580 | 133325 |
| To | 2671159 | 119102 |
| By straight line to | 2655458 | 117595 |
| By arc centered at | 2641835 | 129725 |

Prior to January, 1961 the three-mile projection line in East Bay vicinity from base line point X=2,702,461; Y=124,148 to base line point X=2,641,835; Y=129,725 deviates from

the present three-mile projection and may be described as follows:

| | X | Y |
|---|---|---|
| By arc centered at............................... | 2702461 | 124148 |
| To............................................. | 2716719 | 112772 |
| By arc centered at............................... | 2699435 | 118600 |
| To............................................. | 2710698 | 104252 |
| By arc centered at............................... | 2697850 | 117200 |
| To............................................. | 2683320 | 106173 |
| By straight line to............................... | 2682980 | 106621 |
| By arc centered at............................... | 2697510 | 117648 |
| To............................................. | 2679799 | 113283 |
| By straight line to............................... | 2679589 | 114135 |
| By an arc centered at............................ | 2697300 | 118500 |
| To............................................. | 2679559 | 114260 |
| By an arc centered at............................ | 2685250 | 131590 |
| To............................................. | 2677482 | 115086 |
| By an arc centered at............................ | 2684417 | 131957 |
| To............................................. | 2673065 | 117679 |
| By an arc centered at............................ | 2683850 | 132390 |
| To............................................. | 2672411 | 118182 |
| By an arc centered at............................ | 2682580 | 133325 |
| To............................................. | 2671159 | 119102 |
| By straight line to............................... | 2655458 | 117595 |
| By arc centered at............................... | 2641835 | 129725 |

Prior to December 6, 1969 the three-mile projection in the Pass du Bois vicinity from base line point X=2,614,270; Y=110,615 to base line point X=2,608,270; Y=178,325 deviates from the present three-mile projection and may be described as follows:

| | X | Y |
|---|---|---|
| By arc centered at............................... | 2614270 | 110615 |
| To............................................. | 2597233 | 117130 |
| By straight line to............................... | 2597212 | 152789 |
| By arc centered at............................... | 2612771 | 162310 |
| To............................................. | 2595307 | 157043 |

| | X | Y |
|---|---|---|
| By arc centered at............................... | 2612120 | 164118 |
| To............................................ | 2594046 | 166581 |
| By arc centered at............................... | 2608270 | 178325 |

From November 19, 1959 to February 1, 1960 the three-mile projection in the Pass Tante Phine vicinity from base line point X=2,606,370; Y=180,190 to base line point X=2,598,335; Y=196,450 deviates from the present three-mile projection and may be described as follows:

| | X | Y |
|---|---|---|
| By arc centered at............................... | 2606370 | 180190 |
| To............................................ | 2593225 | 167544 |
| By arc centered at............................... | 2602000 | 183535 |
| To............................................ | 2583851 | 185362 |
| By arc centered at............................... | 2598335 | 196450 |

From January 1, 1959 through March 31, 1959 and from March 1, 1964 through July 31, 1964 the three-mile projection north of Pass Tante Phine from base line point X=2,605,125; Y=182,710 to base line point X=2,600,780; Y=192,900 deviates from the present three-mile projection and may be described as follows:

| | X | Y |
|---|---|---|
| By arc centered at............................... | 2605125 | 182710 |
| To............................................ | 2588206 | 175894 |
| By arc centered at............................... | 2602763 | 186885 |
| To............................................ | 2584711 | 184268 |
| By arc centered at............................... | 2600780 | 192900 |

JUSTICE MARSHALL took no part in the consideration or decision of this matter.